UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO RONNELL WILLIAMS,

    Plaintiff,

    v.

OFFICER HUTSON, et al.,

    Defendants.

Case No. 16-cv-03288-JST (PR)

**ORDER OF TRANSFER**

Plaintiff Antonio Ronnell Williams, a state prisoner currently incarcerated at Salinas Valley State Prison, filed a pro se civil rights complaint under 42 U.S.C. § 1983 complaining of events that took place at High Desert State Prison ("HDSP"), where he was previously housed.

HDSP is located in Lassen County in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

Dated: June 29, 2016

_____
JON S. TIGAR
United States District Judge