UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTONIO RONNELL WILLIAMS, | No. 2:16-cv-1495 AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| HUTSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed June 28, 2017, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. ECF No. 14. On July 10, 2017, plaintiff submitted incomplete USM forms and Summons and failed to file the copies of the complaint. ECF No. 15.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the summons and USM forms to be completed and refiled;

2. The Clerk of Court is directed to provide plaintiff with another copy of the April 25, 2017 amended complaint for plaintiff to return and file the required three copies of this amended complaint; and

3. Within thirty days, plaintiff shall submit to the court the completed summons, USM forms, and copies of the amended complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: July 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE