UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RONNELL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT HUTSON, et al.,<br><br>Defendants. | **CASE NO. 2:16-cv-01495 AC P**<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT SCOTT HUTSON'S MOTION TO MODIFY THE COURT'S JANUARY 16, 2018 DISCOVERY AND SCHEDULING ORDER (ECF NO. 38)**<br><br>Judge Allison Claire |

On August 3, 2018, defendant Hutson filed a motion to modify this court's discovery and scheduling order issued January 16, 2018. See ECF No. 54. In it, he requests a seven-day extension of time to file dispositive motions. See id.

Good cause having been shown, defendant Hutson's motion (ECF No. 54) is GRANTED. The original August 3, 2018 deadline for filing all pretrial motions, except motions to compel discovery, shall be extended seven days to August 10, 2018. All other directives in the January 16, 2018 scheduling order (ECF No. 38) are to remain in full force and effect.

IT IS SO ORDERED.

DATED: August 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1