UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Ronnell Williams,<br><br>    Plaintiff,<br><br>    v.<br><br>Hutson, et al.,<br><br>    Defendants. | No.  2:16-cv-01495-KJM-AC<br><br>ORDER |

      Plaintiff Williams is a state prisoner, proceeding pro se.  In June 2021, the Ninth Circuit remanded this matter requesting the trial court make a factual finding regarding whether Mr. Williams delivered his notice of appeal to prison officials within fourteen (14) days after receiving notice of the entry of judgment.  *See* Remand Order, ECF No. 92.  The court made this factual finding in its September 21, 2021 order.  *See* Order (September 21, 2021) at 4, ECF No. 97.  That order provides a detailed factual and procedural background of this case, incorporated by reference here.

      The Circuit also requested that this court "rule on the motion to reopen the time to appeal" under Federal Rule of Appellate Procedure 4(c).  *See* Remand Order at 2–3.  In its September 21 order, the court permitted Mr. Williams to submit a supplement that complies with Fed. R. App. P. 4(a)(6), clarifying whether he declares, certifies, verifies, or states under penalty of perjury that the claims in his supplement, ECF No. 95, are true and correct.

     Mr. Williams timely filed an additional supplement; however, he only summarized the same allegations he previously raised in his original supplement, without clarifying whether he declares, certifies, verifies, or states under penalty of perjury that the claims in his July 21, 2021 supplement, ECF No. 95, are true and correct. *See generally* Supplement, ECF No. 98. While he includes the word "verifies" on the first page of the supplement, the filing does not otherwise satisfy the requirements the court outlined in its September 21 order. *See id.* The court therefore **denies** Mr. Williams motion to reopen the time to appeal this action. The Clerk of Court is directed to close this case.

     This order resolves ECF No. 98.

DATED: November 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE